## FRANK BROWN vs. JOSE J. CARVALHO, DOMINGO J. L. MATTOS and J. M. VIVAS.

APPEAL FROM DISTRICT COURT OF HONOLULU.

HEARING, JULY 5, 1893.                    DECISION, JULY 18, 1893.

JUDD, C.J., BICKERTON AND FREAR, JJ.

There is no appeal to the Supreme Court from a decision of a District Court overruling a demurrer for misjoinder of parties, in a civil case—no final judgment having been rendered in the District Court.

OPINION OF THE COURT, BY JUDD, C.J.

In this case the defendants plead as a demurrer a misjoinder of a defendant, and on this plea being overruled by the court, took an appeal to the Supreme Court.

Having called in the respective counsel and heard their views and referring to the cases of the *Provisional Government vs. W. G. Smith* (page 178 *ante*), and *Provisional Government vs. Ah Un* (page 164 *ante*), we now apply the opinions expressed therein to this case and hold that the ruling on the demurrer was not appealable, although available as a point of law on appeal if the district magistrate had made a decision in the case which disposed of it so far as his court was concerned.

A decision in the statute on appeals means a final one so far as that court is concerned. For instance, if the court had sustained the demurrer and no amendment was asked for and obtained by plaintiff, then the decision thereon would be final in that court.

We therefore decline to entertain the case and send it back to the district court for further proceedings. Costs to abide the final event.

*C. L. Carter*, for plaintiff.

*C. Creighton*, for defendants.